# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0939
LT Case No. 2023-CF-008512-A

_____

DOMNIQUE LASHAY WILKERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
London M. Kite, Judge.

Matthew J. Metz, Public Defender, and John M. Selden,
Assistant Public Defender Chief, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Adam B. Wilson,
Assistant Attorney General, Tallahassee, for Appellee.

July 25, 2025


PER CURIAM.

AFFIRMED. *See Capra v. State*, 403 So. 3d 1063, 1064 (Fla. 5th DCA 2025) (holding even if HVFO sentence was rendered in error, error is harmless); *Jackson v. State*, 410 So. 3d 4, 11 (Fla. 4th DCA 2025) (explaining harmless error inquiry is "whether the record demonstrates beyond a reasonable doubt that a rational jury would have found" defendant qualified as an HFO); *see also Luton*

*v. State*, 934 So. 2d 7, 9 (Fla. 3d DCA 2006) (holding that because defendant made no timely objection to the trial court sitting as trier of fact on whether defendant qualified as an HVFO, the claim was not properly preserved for appellate review).

LAMBERT, HARRIS, and KILBANE, JJ., concur.

––––––––––––––––––––––––––

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

––––––––––––––––––––––––––